JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.** __II__          **Investigating Agency** __DOT - OIG__

**City** __West Springfield__          **Related Case Information:**

**County** __Hampden__

Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  __Dunyadar Gasanov__          Juvenile:      ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:      ☐ Yes  ☐ No

Alias Name  __Damien Gasanov__

Address      (City & State) __90 Allison Lane, West Springfield, MA__

Birth date (Yr only): __1984__  SSN (last4#): __1578__  Sex __M__      Race: __W__      Nationality: _____

**Defense Counsel if known:** _____          Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA** __Neil L. Desroches__          Bar Number if applicable  __MA661357__

**Interpreter:**      ☐ Yes  ☑ No          List language and/or dialect: _____

**Victims:**      ☐ Yes  ☑ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)      ☐ Yes  ☐ No

**Matter to be SEALED:**      ☑ Yes  ☐ No

☑ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**      ☐ Complaint      ☐ Information      ☑ Indictment

**Total # of Counts:**      ☐ Petty _____  ☐ Misdemeanor _____  ☑ Felony __3__

Continue on Page 2 for Entry of U.S.C. Citations

☑      I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __2-25-2021__          Signature of AUSA: _____

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant** _____ Dunyadar Gasanov _____

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 USC § 1519 | Falsification of Records | 1 |
| Set 2 | 18 USC § 371 | Conspiracy to Falsify Records | 3 |
| Set 3 | 18 USC § 1001 | Providing False Statements to Federal Investigators | 4 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013