JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**        **U.S. District Court - District of Massachusetts**

**Place of Offense:**    **Category No.** II    **Investigating Agency** DOT - OIG

**City** West Springfield

**County** Hampden

**Related Case Information:**
- Superseding Ind./ Inf. _____ Case No. _____
- Same Defendant _____ New Defendant _____
- Magistrate Judge Case Number _____
- Search Warrant Case Number _____
- R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: Dartanyan Gasanov    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☐ No

Alias Name: _____

Address: (City & State) 90 Allison Lane, West Springfield, MA

Birth date (Yr only): 1985   SSN (last4#): 1707   Sex: M   Race: W   Nationality: _____

Defense Counsel if known: _____   Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA: Neil L. Desroches    Bar Number if applicable: MA661357

Interpreter: ☑ Yes ☐ No    List language and/or dialect: Unknown

Victims: ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

Matter to be SEALED: ☑ Yes ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:** ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:** ☐ Petty   ☐ Misdemeanor   ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 2-25-2021    Signature of AUSA: _____

JS 45  (5/97)   (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Dartanyan Gasanov

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 USC § 1519 | Falsification of Records | 2 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____